

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

April 4, 2008

By Facsimile

Honorable Barbara Jones
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/8/08  dc
```

        Re:    M.F. & B.C. v. State of New York Division of Parole
              08 Civ. 1504 (BSJ)

Dear Judge Jones:

        This letter is written on behalf of the state defendant to request that the date to respond to the complaint be extended, nunc pro tunc, to May 2, 2008. Plaintiffs consent to this request. In this matter, inter alia, plaintiff M.F. is a sex offender currently residing in and under the supervision of the New Jersey Department of Parole, and who will relocate and be transferred to the custody of the New York Division of Parole upon acceptance of the condition that he notify his current employer of his status. M.F. objects to this notification condition on the basis that purportedly such a condition is not generally imposed on sex offenders of his tier in New York. This extension request is made because our office only very recently received the state defendant's request for representation, and we need to time to discuss this novel matter with our client prior to responding to the complaint.

        Respectfully submitted,

        John E. Knudsen
        Assistant Attorney General
        (212) 416-8625

Application Granted.

SO ORDERED
Dated:
BARBARA S. JONES
U.S.D.J.
April 7, 2008

cc:    Russell Kevin Paisley, Esq.

       Ronald S. Heymann, Esq.
       Heymann & Fletcher

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us