

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

May 1, 2008

By Facsimile

Honorable Barbara Jones
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

      Re:   M.F. & B.C. v. State of New York Division of Parole
            08 Civ. 1504 (BSJ)

Dear Judge Jones:

    This letter is written on behalf of the state defendant to request a ten day extension to respond to the complaint, from May 2 to May 12. Plaintiffs consent to this request. This extension request is made because our office is still in the process of evaluating how to proceed in this unusual matter with our client. This would be the second request for an extension granted the state defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08

Respectfully submitted,

John E. Knudsen
Assistant Attorney General
(212) 416-8625

cc:   Russell Kevin Paisley, Esq.

      Ronald S. Heymann, Esq.
      Heymann & Fletcher

Application Granted.

SO ORDERED _____
Dated:       BARBARA S. JONES
                U.S.D.J.
                5/7/08

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 · Not For Service of Papers
http://www.oag.state.ny.us