UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
M.F. and B.C.,

                Plaintiffs,

      -against-

STATE OF NEW YORK EXECUTIVE
DEPARTMENT DIVISION OF PAROLE

                Defendant.
------------------------------------------------------X

**NOTICE OF APPEARANCE**

08-CV-1504 (BSJ)(DFE)

      **PLEASE TAKE NOTICE** that the undersigned counsel hereby appear as attorneys of record for defendant and that from this day forward, a copy of all notices and other papers herein are to be served upon the undersigned at the address shown below.

Dated: New York, New York
       May 20, 2008

                                        ANDREW M. CUOMO
                                        Attorney General of the State of New York
                                        Attorneys for Defendant
                                        By:

                                        */s/ Neil Shevlin*
                                        Neil Shevlin
                                        Julinda Dawkins
                                        Assistant Attorneys General
                                        120 Broadway
                                        New York, New York 10270
                                        (212) 416-8561/8118

## DECLARATION OF SERVICE

NEIL SHEVLIN, hereby declares as follows:

That he is more than 18 years old and employed as an Assistant Attorney General in the office of ANDREW M. CUOMO, the Attorney General of the State of New York, Attorney for Defendant herein. On the 20th day of May, 2008, he served the annexed **Notice of Appearance** upon the following named person:

>Ronald S. Heymann, Esq.
>Heymann & Fletcher
>1201 Sussex Turnpike
>P.O. Box 518
>Mt. Freedom, New Jersey 07970

Attorney for Plaintiffs in the within entitled action, by depositing true and correct copy thereof, properly enclosed in post-paid wrapper, in a post-office box regularly maintained by the United States Postal Service at 120 Broadway, New York, NY 10271 directed to said attorney at the address within the State designated by him for that purpose.

I hereby affirm under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2008

_____
NEIL SHEVLIN